UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY BROWN, individually and on behalf
of all others similarly situated,

       Plaintiff,                           Case No. 2:17-cv-12668

-vs-                                      HON. VICTORIA A. ROBERTS
                                             MAG. ELIZABETH A. STAFFORD

DOMINO'S PIZZA, INC., a foreign
profit corporation,

       Defendant.

_____

| | |
|---|---|
| Michael N. Hanna (P81462) | Timothy H. Howlett (P24030) |
| MORGAN & MORGAN, P.A. | DICKINSON WRIGHT PLLC |
| Attorneys for Plaintiff | 500 Woodward Avenue, Suite 4000 |
| 600 N. Pine Island Road, Suite 400 | Detroit, Michigan 48226 |
| Plantation, FL 33324 | (313) 223-3500 |
| (954) 318-0268 | thowlett@dickinsonwright.com |
| mhanna@forthepeople.com | Co-Counsel for Defendant |
| | |
| C. Ryan Morgan - *Pro Hac Vice* | Norman M. Leon |
| 20 North Orange Ave., 14th Floor | John A. Hughes |
| P.O. Box 4979 | DLA PIPER LLP (US) |
| Orlando, FL 32802-4979 | 444 West Lake Street, Suite 900 |
| (407) 420-1414 | Chicago, Illinois 60606 |
| rmorgan@forthepeople.com | (312) 368-2192 |
| | norman.leon@dlapiper.com |
| | john.hughes@dlapiper.com |
| | Co-Counsel for Defendant |

Jeremiah Frei-Pearson - *Pro Hac Vice*
Antonino B. Roman - *Pro Hac Vice*
FINKELSTEIN, BLANKINSHIP,
FREI-PEARSON & GARBER, LLP
445 Hamilton Ave., Suite 605
White Plains, NY  10601
(914) 298-3281
jfrei-pearson@fbfglaw.com
aroman@fbfglaw.com

## **STIPULATED ORDER FOR STAY OF PROCEEDINGS**

IT IS HEREBY STIPULATED AND AGREED that all proceedings in this matter shall be stayed until the United States Supreme Court rules on the consolidated cases entitled Epic Systems Corp. v. Lewis (Supreme Court Case No. 16-285), Ernst & Young v. Morris (Supreme Court Case No. 16-300), and Nat'l Labor Relations Board v. Murphy Oil USA (Supreme Court Case No. 16-307). Within seven (7) days of the United States Supreme Court's ruling on the consolidated cases, the parties shall submit a joint status report to this Court advising the Court of the United States Supreme Court's ruling on the consolidated cases and addressing, if necessary, (i) a proposed deadline for Defendant to file its response to Plaintiff's complaint, and (ii) a proposed briefing schedule for Defendant's motion to transfer venue.

IT IS SO ORDERED.

                                                              S/Victoria A. Roberts
                                                              U.S. District Judge

Dated: November 21, 2017

| MORGAN & MORGAN, P.A. | DICKINSON WRIGHT PLLC |
|---|---|
| By: */s/ Michael N. Hanna w/consent)* <br> Michael N. Hanna (P81462) <br> Attorneys for Plaintiff <br> 600 N. Pine Island Road, Suite 400 <br> Plantation, FL 33324 <br> (954) 318-0268 <br> mhanna@forthepeople.com | By: */s/ Timothy H. Howlett* <br> Timothy H. Howlett (P24030) <br> 500 Woodward Avenue, Suite 4000 <br> Detroit, Michigan 48226 <br> (313) 223-3500 <br> thowlett@dickinsonwright.com <br><br> Co-Counsel for Defendant <br><br> DLA PIPER LLP (US) <br> Norman M. Leon <br> John A. Hughes <br> 444 West Lake Street, Suite 900 <br> Chicago, Il 60606 <br> (312) 368-2192 <br> john.hughes@dlapiper.com <br> norman.leon@dlapiper.com <br><br> Co-Counsel For Defendant |

DETROIT 64519-3 1441716v1