UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Roy Brown,

      Plaintiff(s),

                                               Case No: 17-12668
vs                                       Hon. Victoria A. Roberts

Domino's Pizza Inc.,

      Defendant(s).

_____/

## ORDER DISMISSING CASE

Pursuant to the Joint Stipulation for Dismissal filed by the parties, this case is

DISMISSED Without Prejudice.

      ORDERED.


                                    S/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: June 11, 2018